# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTINA J. HAWKINS                                                                                   PLAINTIFF

v.                                        No. 4:13CV00712 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration denying Christina Hawkins's application for benefits is affirmed. Hawkins's request for relief is denied.

IT IS SO ORDERED this 26th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE